UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

#291527

IN RE:                                              CASE NO.   10-31713-BKC-RAM
EDNA ORTIZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 12,115.84  remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____JUL 2 5 2011_____                          _____
                                                          NANCY N. HERKERT
                                                          CHAPTER 13 TRUSTEE

Copies to:

EDNA ORTIZ
19730 NW 57 PL
HIALEAH, FL 33015

ROBERT SANCHEZ, ESQUIRE
900 W 49 STREET, SUITE 500
HIALEAH, FL 33012

JPMORGAN CHASE BANK, NA
C/O CHASE-ATTN:OH4-7133
3415 VISION DRIVE
COLUMBUS, OH 43219

JPMORGAN CHASE BANK, NA
C/O CHASE-ATTN:OH4-7133
3415 VISION DRIVE
COLUMBUS, OH 43219

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   10-31713-BKC-RAM
EDNA ORTIZ

CHAPTER 13

EDNA ORTIZ

19730 NW 57 PL
HIALEAH, FL 33015


ROBERT SANCHEZ, ESQUIRE
900 W 49 STREET, SUITE 500
HIALEAH, FL 33012


JPMORGAN CHASE BANK, NA            ---------$        11,091.34  *refused*
C/O CHASE-ATTN:OH4-7133                                "Stay relief granted"
3415 VISION DRIVE                                      CR #3
COLUMBUS, OH 43219

JPMORGAN CHASE BANK, NA            ---------$         1,024.50  *refused*
C/O CHASE-ATTN:OH4-7133                                "Stay relief granted"
3415 VISION DRIVE                                      CR #3
COLUMBUS, OH 43219

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130